## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No.: 17-cr-30064 |
| KRISTIN NORRIS, et al., | |
| Defendant. | |

## <u>MOTION FOR LEAVE TO FILE REPLY</u>

Defendant, KRISTIN NORRIS, by his attorneys Howard W. Feldman and John S. M. Morse of FeldmanWasser, moves this Court to grant Defendant leave to file a reply to the Government's Response to Defendant's Objection to Information Charging Prior Offenses (d/e 81). In support thereof, Defendant states as follows:

1. On April 27, 2018, the Government filed an Information Charging Prior Offenses (d/e 39) pursuant to 21 U.S.C. § 851(a), alleging that Defendant is subject to an enhanced mandatory minimum sentence due to a prior Illinois state conviction in Greene County case 2007-CF-7.

2. On January 24, 2019, Defendant filed an Objection to Information Charging Prior Offenses (d/e 72), and on February 13, 2019, filed a Memorandum of Law (d/e 75) in support of said objection, arguing that the recent passage of the First Step Act rendered the Government's Information invalid.

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **1** of 3

3. On April 1, 2019, the Government filed its Response (d/e 81). There, the Government relies on a non-precedential, March 21, 2019, Seventh Circuit opinion in <u>U.S. v. Anderson</u>, 2019 WL 1306309.

4. The unpublished, non-precedential opinion in <u>Anderson</u> issued after Defendant filed his Memorandum in Support (d/e 75) and Defendant did not have an opportunity to address it.

5. Due to previously scheduled travel outside Illinois, undersigned counsel respectfully requests approximately 21 days to file briefing addressing this issue.

WHEREFORE, Defendant, KRISTIN NORRIS, respectfully requests this Court grant leave for the filing of a reply addressing this newly issued opinion on which the Government relies within 21 days.

KRISTIN NORRIS, Defendant,

BY:    /s/ Howard W. Feldman
Howard W. Feldman, #0788066
1307 South Seventh
Springfield, IL 62703
217-544-3403
hfeldman@feldman-wasser.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew Z. Weir | matthew.weir@usdoj.gov |
| Jason Vincent | jvincent@delanolaw.com |
| D. Peter Wise | peter@gwspc.com, dhodge@gwspc.com |
| Scott Alan Sabin | sabin@springfieldlawfirm.com, michelle@springfieldlawfirm.com, secretary2@springfieldlawfirm.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable

/s/ Howard W. Feldman
Howard W. Feldman #0788066
Attorney for Defendant
FeldmanWasser
1307 S. 7th Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: hfeldman@feldman-wasser.com